# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENT EVAN JOHNSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ALLY FINANCIAL, INC., *et al.*,<br><br>　　　　Defendants. | Case No. 1:25-cv-00256-CDB<br><br>ORDER ON SECOND STIPULATION EXTENDING TIME FOR DEFENDANT ALLY FINANCIAL, INC. TO RESPOND TO THE COMPLAINT<br><br>(Doc. 12) |

　　　　On February 28, 2025, Plaintiff Kent Evan Johnson ("Plaintiff") initiated this action with a filing of a complaint against Defendants Ally Financial, Inc. ("Ally") and Lightning Recovery, Inc. ("Lightning") (collectively, "Defendants"). (Doc. 1). Pending before the Court is the parties' second stipulated request to extend time for Defendant Ally to respond to the complaint by an additional ten (10) days up to and including June 2, 2025 (Doc. 12), which follows the parties' earlier, stipulated agreement to extend time pursuant to Local Rule 144(a) (Doc. 6).

　　　　In light of the stipulation and good cause appearing, IT IS HEREBY ORDERED that Defendant Ally Financial, Inc. shall file its response to the complaint no later than **June 2, 2025**.

IT IS SO ORDERED.

Dated:　**May 22, 2025**　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE