UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENT EVAN JOHNSON,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ALLY FINANCIAL, INC., *et al.*,<br><br>　　　　　Defendants. | Case No. 1:25-cv-00256-CDB<br><br>ORDER ON THIRD STIPULATED REQUEST EXTENDING TIME FOR DEFENDANT ALLY FINANCIAL, INC. TO RESPOND TO THE COMPLAINT<br><br>(Doc. 15)<br><br>ORDER CONTINUING JUNE 17, 2025, SCHEDULING CONFERENCE TO JULY 2, 2025, AT 8:30 AM<br><br>(Docs. 3, 11) |

　　　　On February 28, 2025, Plaintiff Kent Evan Johnson ("Plaintiff") initiated this action with a filing of a complaint against Defendants Ally Financial, Inc. ("Ally") and Lightning Recovery, Inc. ("Lightning") (collectively, "Defendants").  (Doc. 1).  Pending before the Court is the parties' third stipulated request to extend time for Defendant Ally to respond to the complaint by an additional two weeks, up to and including June 16, 2025 (Doc. 15), which follows the parties' earlier, stipulated agreement to extend time pursuant to Local Rule 144(a) (Doc. 6) and the Court's order on the second stipulated request.  (Doc. 13).

　　　　The Court will grant no further extensions of time upon the parties' request absent a showing of extraordinary circumstances, supported by attorney declarations.

**Conclusion and Order**

In light of the stipulation and good cause appearing, IT IS HEREBY ORDERED that Defendant Ally Financial, Inc. shall file its response to the complaint no later than **June 16, 2025**. The Court will grant no further extensions of time upon the parties' request absent a showing of extraordinary circumstances, supported by attorney declarations.

And IT IS FURTHER ORDERED that the June 17, 2025, scheduling conference (Doc. 11) is CONTINUED to July 2, 2025, at 8:30 AM. The parties are reminded of their obligation to file a joint scheduling conference statement in compliance with the procedures set forth in the Order Setting Mandatory Scheduling Conference. (Doc. 3).

IT IS SO ORDERED.

Dated:   **June 3, 2025**

UNITED STATES MAGISTRATE JUDGE